Branch :F01,User :A137                          Comment:                                Station Id :GQX4

Recording Requested By and When Recorded Mail to:
FIRST AMERICAN LOANSTAR TRUSTEE
SERVICES LLC
P.O. BOX 961253
Fort Worth, TX 76161-0253
Mail Tax Statements To:
WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD, FORECLOSURE MAC #
7801-013
FT. MILL, SC 29715


12/11/2009
*20091882873*

| | |
|---|---|
| APN NO.: | 7226-013-003 |
| TITLE ORDER NO.: | 4227614 |
| TS NO.: | 20099070817495 |
| LOAN TYPE: | Conventional |

Space above this line for Recorder's use only

CALIFORNIA

# TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was...... $ 525,973.55
3) The amount paid by the grantee at the trustee sale was...... $ 510,000.00
4) The documentarty transfer tax is......... $ 0.00
5) Said property is INCORPORATED / ~~UNINCORPORATED~~ LONG BEACH

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11.

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES, State of CALIFORNIA, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 4/20/2007 and executed by,

ELISA E. SANTIAGO,
GIL S.J. SANTIAGO,

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY   E.S.

(Page 1 of 4)

X:\NDTS\CADS_009.RPT

LOS ANGELES,CA                          Page 2 of 5                     Printed on 1/20/2010 2:51:23 PM
Document: DF 2009.1882873

EXHIBIT

Branch :F01,User :A137                     Comment:                           Station Id :GQX4

3

| APN NO.: | 7226-013-003 | CALIFORNIA |
|---|---|---|
| TITLE ORDER NO.: | 4227614 | |
| TS NO.: | 20099070817495 | |
| LOAN TYPE: | Conventional | |

## TRUSTEE'S DEED UPON SALE

as Trustor, and recorded 4/26/2007, as Instrument No. 20071007242, in Book , Page of Official Records of LOS ANGELES County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law and the applicable Deed of Trust, including, but not limited to those enumerated by Civil Code 2924 et. seq, regarding the mailing, publication, personal delivery and posting of the Notice of Default and Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 12/7/2009 at the place named in the Notice of Sale, in the County of LOS ANGELES CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of $510,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

(Page 2 of 4)

X:\NDTS\CADS_009.RPT

EXHIBIT 1

Branch :F01,User :A137                    Comment:                              Station Id :GQX4

4

Date : **DEC 0 8 2009**
_____

First American Loanstar Trustee Services

By : _[signature]_____
Michael Gonzalez, Trustee Officer

State of Texas
County of Tarrant

Before me Fidencio Lozoya , on this day personally appeared Michael Gonzalez, known to me to be the person whose name is subscribed to therefore going instrument and acknowledged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office this day of **DEC 0 8 2009**

Witness my hand and official seal

Signature : _Fidencio Lozoya_____

[Notary Seal: FIDENCIO LOZOYA, Notary Public, State of Texas, My Commission Expires June 29, 2011]

EXHIBIT 1

Branch :F01,User :A137                       Comment:                                  Station Id :GQX4

5

## EXHIBIT A
### LEGAL DESCRIPTION

LOT 177 OF TRACT NO. 18556, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 469 PAGES 46 THROUGH 49 INCLUSIVE OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON
SUBSTANCES, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OF SAID LAND ABOVE A DEPTH OF 500
FEET BELOW SUCH SURFACE FOR EXPLORING THEREFORE, BUT SUCH EXPLORATION SHALL BE FROM
ADJOINING OF NEIGHBORING LAND, AS RESERVED IN THE DEED FROM MYFORD IRVINE ET AL.,
RECORDED NOVEMBER 7, 1952 IN BOOK 40258 PAGE 407, OFFICIAL RECORDS.

X:\NDTS\CADS_009.RPT


EXHIBIT 1