# NOTICE TO QUIT

**TO:**   ELISA E SANTIAGO, GIL SJ SANTIAGO and ALL UNKNOWN OCCUPANTS

**ADDRESS:**   5801 E LOS ARCOS STREET,
LONG BEACH, CA 90815
("above-described real property")

The above-described real property was sold in accordance with California Civil Code §2924, under a Power of Sale contained in a Deed of Trust securing said real property, and title under the foreclosure sale has been duly perfected by virtue of the Power of Sale in the Deed of Trust.

If you are a former owner of the above described real property, within **three (3) days** after service of this notice, you are hereby required to quit and deliver possession of the above described real property now held and occupied by you. This Notice to Quit specifically terminates any possessory interest you may have in the above-described real property. This Three (3) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161a for the purpose of terminating your occupancy of the above-described real property.

If you are a tenant or subtenant who rented the property before the foreclosure sale, then you must vacate the property within **ninety (90) days** after service of this notice <u>unless</u> you are a tenant who entered into a bona fide lease prior to the notice of foreclosure in which case you must vacate the property at the end of the remaining term of the bona fide lease or ninety days after service of this notice, whichever occurs later.

A lease is considered bona fide only if all of the following conditions exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms-length transaction; and (3) the lease requires the receipt of rent that is not substantially less than fair market rent of the property or the unit's rent is reduced or subsidized due to federal, state or local subsidy.

This notice is intended as a notice to quit pursuant to California Code of Civil Procedure 1161(a) and Title VII under the Protecting Tenants at Foreclosure Act of 2009.

**NOTE:**   **IF YOU ARE NOT NAMED ABOVE, CONTACT THE UNDERSIGNED AT (714) 327-4400 AND PROVIDE PROOF OF YOUR TENANCY WITHIN THREE DAYS OF RECEIPT OF THIS NOTICE. SE HABLA ESPANOL**

ALVARADO & ASSOCIATES, LLP

Dated:  December 16, 2009

Raymond G. Alvarado, Esq.
Steven M. Lawrence, Esq.
**Attorneys for HSBC BANK USA,
NATIONAL ASSOCIATION AS
TRUSTEE FOR WELLS FARGO ASSET
SECURITIES CORPORATION,
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2007-11**

File #112-45200-1/Loan #0170532048/ELISA E SANTIAGO/   EXHIBIT 2

## PROOF OF SERVICE

CLIENT: **AA**

**INV #: 11204**    CLIENT INV #1: 112-45200-1

PLAINTIFF: HSBC

PERSON(S) SERVED: **ELISA E SANTIAGO; GIL SJ SANTIAGO**
                  **AND ALL OTHERS IN POSSESION**

ADDRESS:
**5801 E LOS ARCOS STREET**
**LONG BEACH CA 90815**

DOCUMENT(S) SERVED:
**3/90 DAY NOTICE TO QUIT**

I, the undersigned, being at least 18 years of age, declare, under penalty of perjury, (under the laws of the State of California) that I served a copy of the above document(s) in the manner indicated below.

DATE: 12/18/09

TIME: 6:40 am

### CONSTRUCTIVE SERVICE - POST AND MAIL

On the date and time specified above, I posted a copy of the document(s) for each named tenant(s) in a conspicuous place there being no person of suitabe age and discretion to be found a any of the named tenant(s) known place of residence or business.

I do not know any other place of business/residence of any tenant(s) named.

### SERVICE OF MAIL

On the date specified above, I caused a copy of the document(s) to be mailed to each of the named via First Class, United States Mail, postage prepaid, in a sealed envelope to the address listed above.

---

DATE: 12/21/09     JLS

FEE: $0.00

DAVID CUNNINGHAM

California Registered Process Server; County of ORANGE
Registration # 1895

AMERICAN ATTORNEY SERVICES 505 N. Tustin Ave., Suite 248 Santa Ana, C
92705 714-541-8825

EXHIBIT 2