**SUM-130**

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**CONFORMED COPY**
OF ORIGINAL FILED
Los Angeles Superior Court

JAN - 5 2010

John A. Clarke, Executive Officer/Clerk

By _____ D. KENNARD, Deputy

**NOTICE TO DEFENDANT:** ELISA E SANTIAGO, GIL S.J. SANTIAGO and *DOES 1 through 20, inclusive*
*(AVISO AL DEMANDADO):*

**YOU ARE BEING SUED BY:** HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11
*LO ESTÁ DEMANDANDO EL DEMANDANTE):*

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waiver fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una concesion de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   LOS ANGELES COUNTY SUPERIOR COURT SUPERIOR COURT OF CALIFORNIA
   415 W. OCEAN BLVD.
   LONG BEACH, CA 90802
   LONG BEACH JUDICIAL DISTRICT

   CASE NUMBER: *(Número del caso):*
   **10U00013**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *( El nombre y, la dirección y el número de teléfono del a bogado del demandante, o del demandante que no tiene abogado, es):*
   RAYMOND G. ALVARADO, SB# 50003, STEVEN M. LAWRENCE, SB# 150861 (714) 327-4400
   ALVARADO & ASSOCIATES, LLP
   1 Mac Arthur Place, Suite 210, SANTA ANA, CA 92707

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: JAN 05 2010    **JOHN A. CLARKE**, Clerk, by _____ D. KENNARD, Deputy
*(Fecha)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):* as
   c. [ ] an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) CCP 416.90 (authorized person)
             [ ] 415.46 (occupant)    [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

**EXHIBIT 3**

Form Adopted for Mandatory Use    SUMMONS—UNLAWFUL DETAINER—EVICTION    Code of Civil Procedure, §§ 412.20

1 | Raymond G. Alvarado, Esq., SB# 50003
2 | Steven M. Lawrence, Esq., SB#150861
　 | ALVARADO & ASSOCIATES, LLP
3 | 1 MacArthur Place, Suite 210
　 | Santa Ana, California 92707
4 | (714) 327-4400
　 | FAX (714) 327-4499

CONFORMED COPY
OF ORIGINAL FILED
Los Angeles Superior Court

JAN - 5 2010

John A. Clarke, Executive Officer/Clerk

By _____ D. KENNARD

Attorneys for Plaintiff
HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES, LONG BEACH JUDICIAL DISTRICT

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11, <br><br>　　　　　Plaintiff, <br><br>　　　Vs. <br><br> ELISA E SANTIAGO, GIL SJ SANTIAGO; and DOES 1 through 20, inclusive, <br><br>　　　　　Defendant. | Case No.: 10U00013 <br><br> COMPLAINT FOR UNLAWFUL DETAINER <br><br> AMOUNT OF DAMAGES SOUGHT DOES NOT EXCEED $10,000 <br><br> LIMITED CIVIL CASE |

Plaintiff alleges:

1. At all times relevant hereto, plaintiff HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 ("Plaintiff") was and is now a corporation qualified to do business and doing business in the County of LOS ANGELES, State of California.

2. Plaintiff is the owner of the premises located at 5801 E LOS ARCOS STREET, City of LONG BEACH, County of LOS ANGELES, State of California 90815 (A.P.N. NO. 7226-013-003) together with detached garage and separate structures, if any, (the "Property"). Venue in this Court is proper because the Property is located within this judicial district.

3. Plaintiff alleges on information and belief that defendants ELISA E SANTIAGO, GIL SJ SANTIAGO and DOES 1 through 20, inclusive, are individuals and competent adults residing in the County of LOS ANGELES, State of California.

4. The true names and capacities of defendants DOES 1 through 20, inclusive, are unknown to Plaintiff who therefore sues these DOE defendants by such fictitious names pursuant to California Code of Civil Procedure section 474. Plaintiff will amend this complaint to show their true names and capacities when the same have been ascertained.

5. Plaintiff alleges on information and belief that each of the defendants, including the defendants served as DOE defendants, claims some type of possessory interest in and to the Property.

6. Plaintiff acquired ownership of the Property by purchasing the Property at a trustee's sale on December 7, 2009. At the trustee's sale, the Property was sold to Plaintiff in accordance with California Civil Code Section 2924, under a power of sale contained in a deed of trust made and executed by defendants or by a person through whom defendants claim a right to possession of the Property. Plaintiff's title under the trustee's sale has been duly perfected and is evidenced by a duly executed and recorded Trustee's Deed Upon Sale ("Trustee's Deed"). A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "1" and incorporated by this reference as though fully set forth at length.

7. No landlord-tenant relationship exists between Plaintiff and the defendants. Defendants are either the former owners of the Property who defaulted under the deed of trust referenced above or persons claiming a possessory interest in the Property which arose or was created during ownership of the Property by the former owners who defaulted under the deed of trust referenced above. Accordingly, defendants' title to and/or right to possession, if any, of the Property arose and existed prior to HSBC BANK USA, NATIONAL ASSOCIATION AS

1  TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 and has been extinguished by the above-referenced foreclosure and resulting trustee's sale. Therefore, none of the defendants have a right to possession superior to Plaintiff's right to possession of the Property.

8. For the period from December 7, 2009 to the present, defendants continue in possession of the Property, willfully and without Plaintiff's permission.

9. On December 18, 2009, Plaintiff caused to be served on defendant(s) written notice requiring defendant(s) to quit possession of the Property and deliver possession of the Property to Plaintiff or Plaintiff's agents within Three (3) days after service of the notice to quit ("Notice to Quit"). A true and correct copy of the Notice to Quit and the corresponding proof of service of the Notice to Quit are collectively attached hereto as Exhibit "2" and incorporated by this reference as though fully set forth at length.

10. More than Three (3) days have elapsed since service on defendant(s) of the Notice to Quit, but defendant(s) have failed, and continue to fail to deliver possession of the Property to Plaintiff as required by the Notice to Quit and California law. To date, defendant(s) continue in possession of the Property, willfully and without Plaintiff's permission.

11. By this lawsuit, Plaintiff seeks immediate possession of the Property.

12. The reasonable rental value of the Property is $60.00 per day, or a lesser sum, according to proof. Plaintiff waives all damages in excess of the jurisdictional limit of this Court.

WHEREFORE, Plaintiff prays judgment against defendants, and each of them, as follows:

///
///
///
///
///
///

112-45200-1 UD Complaint                3

COMPLAINT

EXHIBIT 3

1.     For immediate possession of the Property;

2.     Damages of $60.00 per day, or a lesser sum according to proof, for each day that defendant(s) continue in possession thereof without Plaintiff's permission;

3.     For costs of suit incurred in connection with this lawsuit;

4.     For such other and further relief as the Court may deem just and proper.

Dated: December 22, 2009         ALVARADO & ASSOCIATES, LLP

By: _____
Raymond G. Alvarado, Esq.
Steven M. Lawrence, Esq.
Attorney for Plaintiff

112-45200-1 UD Complaint        4

COMPLAINT

\\ALVARADO\SHARED\UD FORMS\UDCOMPLAINTFORM.DOC

EXHIBIT 3

# VERIFICATION

**STATE OF CALIFORNIA, COUNTY OF** ORANGE

I have read the foregoing COMPLAINT FOR UNLAWFUL DETAINER _____ and know its contents.

### CHECK APPLICABLE PARAGRAPHS

[ ] I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[ ] I am [ ] an Officer [ ] a partner _____ [ ] a _____ of _____, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. [ ] I am informed and believe and on that ground allege that the matters stated in the foregoing document are true. [ ] The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

[X] I am one of the attorneys for Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on December 22, 2009, at SANTA ANA, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Raymond G. Alvarado, Esq.
Steven M. Lawrence, Esq.
_____
Type or Print Name                                             Signature

## PROOF OF SERVICE
1013a (3) CCP Revised 5/1/88

**STATE OF CALIFORNIA, COUNTY OF** _____

I am employed in the county of _____, State of California.
I am over the age of 18 and not a party to the within action; my business address is: _____

On, _____ I served the foregoing document described as _____
_____ on _____ in this action

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:
[ ] by placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows:

[ ] **BY MAIL**
  [ ] "I deposited such envelope in the mail at _____, California. The envelope was mailed with postage thereon fully prepaid.
  [ ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at _____ California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
  Executed on _____, at _____, California.

[ ] **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.
  Executed on _____, at _____, California.

[ ] (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
[ ] (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____                    _____
Type or Print Name                                   Signature

*(BY MAIL SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX, OR BAG)
**(FOR PERSONAL SERVICE SIGNATURE MUST BE THAT OF MESSENGER)

Legal
Solutions
Plus

Recording Requested By and When Recorded Mail to:
FIRST AMERICAN LOANSTAR TRUSTEE
SERVICES LLC
P.O. BOX 961253
Fort Worth, TX 76161-0253
Mail Tax Statements To:
WELLS FARGO HOME MORTGAGE
3476 STATEVIEW BLVD, FORECLOSURE MAC #
7801-013
FT. MILL, SC 29715

CERTIFIED BY FIRST AMERICAN TITLE
INSURANCE COMPANY TO BE A COPY
OF THE DOCUMENT RECORDED ON 12/11/2009
AS INSTRUMENT NO. 2009-1882873
IN BOOK                PAGE
OFFICIAL RECORDS OF LOS ANGELES

APN NO.:         7226-013-003
TITLE ORDER NO.: 4227614
TS NO.:          20099070817495
LOAN TYPE:       Conventional

Space above this line for Recorder's use only

CALIFORNIA

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declares under penalty of perjury:
1) The grantee herein WAS the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was...... $ 525,973.55
3) The amount paid by the grantee at the trustee sale was...... $ 510,000.00
4) The documentarty transfer tax is.........                    $ 0.00
5) Said property is INCORPORATED / ~~UNINCORPORATED~~ LONG BEACH

and FIRST AMERICAN LOANSTAR TRUSTEE SERVICES LLC, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11.

(herein called Grantee), all of its right, title and interest in and to that certain property situated in the County of LOS ANGELES, State of CALIFORNIA, described as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND INCORPORATED HEREIN FOR ALL PURPOSES.

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated 4/20/2007 and executed by,

ELISA E. SANTIAGO,
GIL S.J. SANTIAGO,

RECORDING REQUESTED BY
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY ᴛ.ѕ.ᴊ

(Page 1 of 4)

X:\NDTS\CADS_009.RPT



EXHIBIT 3

EXHIBIT 1 of Ex 3

APN NO.:            7226-013-003                                            CALIFORNIA
TITLE ORDER NO.:    4227614
TS NO.:             20099070817495
LOAN TYPE:          Conventional

## TRUSTEE'S DEED UPON SALE

as Trustor, and recorded 4/26/2007, as Instrument No. 20071007242, in Book  , Page  of Official Records of LOS ANGELES County, CALIFORNIA, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorded of said County.

All requirements of law and the applicable Deed of Trust, including, but not limited to those enumerated by Civil Code 2924 et. seq, regarding the mailing, publication, personal delivery and posting of the Notice of Default and Notice of Sale, as respectively appropriate, have been met.

Said property was sold by said Trustee at public auction on 12/7/2009 at the place named in the Notice of Sale, in the County of LOS ANGELES CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount of $510,000.00 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

(Page 2 of 4)

X:\NDTS\CADS_009.RPT

EXHIBIT 3

EXHIBIT 1 of EX 3

Date : __DEC 0 8 2009_____

First American Loanstar Trustee Services

By : _/s/ Michael Gonzalez_____

Michael Gonzalez, Trustee Officer

State of Texas
County of Tarrant

Before me Fidencio Lozoya , on this day personally appeared Michael Gonzalez, known to me to be the person whose name is subscribed to therefore going instrument and acknowledged to me that this person executed the same for the purposes and considerations therein expressed.

Given under my hand and seal of office this day of __DEC 0 8 2009_____

Witness my hand and official seal

Signature : _/s/ Fidencio Lozoya_____

FIDENCIO LOZOYA
Notary Public, State of Texas
My Commission Expires
June 29, 2011

EXHIBIT 3

EXHIBIT 1 of Ex 3

## EXHIBIT A
### LEGAL DESCRIPTION

LOT 177 OF TRACT NO. 18556, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 469 PAGES 46 THROUGH 49 INCLUSIVE OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
EXCEPT THEREFROM ALL MINERALS, GAS, OIL, PETROLEUM, NAPHTHA AND OTHER HYDROCARBON
SUBSTANCES, BUT WITHOUT RIGHT OF ENTRY ON THE SURFACE OF SAID LAND ABOVE A DEPTH OF 500
FEET BELOW SUCH SURFACE FOR EXPLORING THEREFORE, BUT SUCH EXPLORATION SHALL BE FROM
ADJOINING OF NEIGHBORING LAND, AS RESERVED IN THE DEED FROM MYFORD IRVINE ET AL.,
RECORDED NOVEMBER 7, 1952 IN BOOK 40258 PAGE 407, OFFICIAL RECORDS.

X:\NDTS\CADS_009.RPT



EXHIBIT B

EXHIBIT 1 of Ex B

## NOTICE TO QUIT

**TO:** ELISA E SANTIAGO, GIL SJ SANTIAGO and ALL UNKNOWN OCCUPANTS

**ADDRESS:** 5801 E LOS ARCOS STREET,
LONG BEACH, CA 90815
("above-described real property")

The above-described real property was sold in accordance with California Civil Code §2924, under a Power of Sale contained in a Deed of Trust securing said real property, and title under the foreclosure sale has been duly perfected by virtue of the Power of Sale in the Deed of Trust.

If you are a former owner of the above described real property, within **three (3) days** after service of this notice, you are hereby required to quit and deliver possession of the above described real property now held and occupied by you. This Notice to Quit specifically terminates any possessory interest you may have in the above-described real property. This Three (3) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161a for the purpose of terminating your occupancy of the above-described real property.

If you are a tenant or subtenant who rented the property before the foreclosure sale, then you must vacate the property within **ninety (90) days** after service of this notice <u>unless</u> you are a tenant who entered into a bona fide lease prior to the notice of foreclosure in which case you must vacate the property at the end of the remaining term of the bona fide lease or ninety days after service of this notice, whichever occurs later.

A lease is considered bona fide only if all of the following conditions exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms-length transaction; and (3) the lease requires the receipt of rent that is not substantially less than fair market rent of the property or the unit's rent is reduced or subsidized due to federal, state or local subsidy.

This notice is intended as a notice to quit pursuant to California Code of Civil Procedure 1161(a) and Title VII under the Protecting Tenants at Foreclosure Act of 2009.

**NOTE:** **IF YOU ARE NOT NAMED ABOVE, CONTACT THE UNDERSIGNED AT (714) 327-4400 AND PROVIDE PROOF OF YOUR TENANCY WITHIN THREE DAYS OF RECEIPT OF THIS NOTICE. SE HABLA ESPANOL**

ALVARADO & ASSOCIATES, LLP

Dated: December 16, 2009

Raymond G. Alvarado, Esq.
Steven M. Lawrence, Esq.
**Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11**

File #112-45200-1/Loan #0170532048/ELISA E SANTIAGO/

EXHIBIT 2

# PROOF OF SERVICE

CLIENT: **AA**

**INV #: 11204**   CLIENT INV #1: 112-45200-1

PLAINTIFF: HSBC

PERSON(S) SERVED: **ELISA E SANTIAGO; GIL SJ SANTIAGO
AND ALL OTHERS IN POSSESION**

ADDRESS:
**5801 E LOS ARCOS STREET
LONG BEACH CA 90815**

DOCUMENT(S) SERVED:
**3/90 DAY NOTICE TO QUIT**

I, the undersigned, being at least 18 years of age, declare, under penalty of perjury, (under the laws of the State of California) that I served a copy of the above document(s) in the manner indicated below.

DATE: 12/18/09

TIME: 6:40 am

### CONSTRUCTIVE SERVICE - POST AND MAIL

On the date and time specified above, I posted a copy of the document(s) for each named tenant(s) in a conspicuous place there being no person of suitabe age and discretion to be found a any of the named tenant(s) known place of residence or business.

I do not know any other place of business/residence of any tenant(s) named.

### SERVICE OF MAIL

On the date specified above, I caused a copy of the document(s) to be mailed to each of the named via First Class, United States Mail, postage prepaid, in a sealed envelope to the address listed above.

---

DATE: 12/21/09    JLS

FEE: $0.00

DAVID CUNNINGHAM

California Registered Process Server; County of ORANGE
Registration # 1895

AMERICAN ATTORNEY SERVICES

