Nancy Curry
Chapter 13 Trustee
606 S. Olive Street, Suite 950
Los Angeles, California 90014
Tel: (213) 689-3014    Fax: (213) 689-3055

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Santiago, Elisa<br><br><br><br>Debtor | Chapter 13<br><br>Case No. LA 2-10-bk-22809 VZ<br><br>**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**<br><br>**Date:** May 18, 2010<br>**Time:** 1:00 P.M.<br>Place: 725 S. Figueroa Street<br>Room 103<br>Los Angeles, CA 90017 |

TO THE DEBTOR; DEBTOR'S ATTORNEY; OFFICE OF THE UNITED STATES TRUSTEE; AND ALL OTHER INTERESTED PARTIES:

Please take notice that the §341(a) meeting of Creditors in the above-referenced matter has been rescheduled for the above, **date and time.**

DATED: May 5, 2010                    /s/ Nancy Curry

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
    Re:  Santiago, Elisa

Case No. LA 2-10-bk-22809 VZ

I declare that I am over the age of 18 years and not a party to the within action; that I am employed by Nancy Curry, Chapter 13 Trustee; and that on May 5, 2010 I served the within **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** on all interested parties in this action by mail at the following addresses:

SEE ATTACHED MATRIX

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on May 5, 2010.

/s/ Elizet Cash

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:10-bk-22809-VZ<br>Central District Of California<br>Los Angeles<br>Wed May 5 08:14:37 PDT 2010 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>ATTN: Bankruptcy<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | Ocwen Loan Servicing, LLC<br>Routh Crabtree Olsen<br>505 N. Tustin Ave.<br>Suite 243<br>Santa Ana, CA 92705-3735 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| AT&T Universal Card<br>Processing Center<br>Des Moines, IA 50363-0001 | Elisa E. Santiago<br>5801 E. Los Arcos Street,<br>Long Beach, CA 90815-2120 | George Holland Jr., ESQ.<br>1970 Broadway, Suite 1030<br>Oakland, CA 94612-2222 |
| Ocwen Loan Servicing<br>P.O. Box 24737<br>West Palm Beach, FL 33416-4737 | Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>1661 Worthington Rd<br>Suite 100<br>West Palm Beach, FL 33409-6493<br>Phone NO:1-888-554-6599 Fax NO:407-737-5 | United States Trustee (LA)<br>725 S Figueroa St., 26th Floor<br>Los Angeles, CA 90017-5524 |
| Wells Fargo Home Mortgage<br>P.O. Box 30427<br>Los Angeles, CA 90030-0427 | Elisa Santiago<br>5801 E. Los Arcos Street<br>Long Beach, CA 90815-2120 | George Holland Jr<br>Holland Law Firm<br>1970 Broadway Ste 1030<br>Oakland, CA 94612-2222 |
| Nancy K Curry<br>606 South Olive Street, Suite 950<br>Los Angeles, CA 90014-1668 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)HSBC Bank USA, N.A. et al. | End of Label Matrix<br>Mailable recipients     15<br>Bypassed recipients      2<br>Total                   17 |