FILED & ENTERED

MAY 11 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ELISA SANTIAGO,<br><br>                    Debtor(s). | Case No.  2:10-bk-22809-VZ<br><br>Chapter 13<br><br>ORDER TO FILE MISSING DOCUMENT(S) AND TO APPEAR TO EXPLAIN WHY CASE SHOULD NOT BE DISMISSED<br><br>Hearing Date: June 1, 2010<br>Time:             11:00 a.m.<br>Location:       Courtroom 1368<br>                     Roybal Federal Building<br>                     255 E. Temple Street<br>                     Los Angeles, CA 90012 |

In bankruptcy court, certain documents are needed to determine how a bankruptcy case should be administered. On April 2, 2010, ELISA SANTIAGO ("Debtor") filed a chapter 13 bankruptcy case ("Case"). Debtor has not provided:

1. Disclosure of Compensation of Attorney for Debtor - *11 U.S.C. § 329, Fed. Rule Bankr. Procedure 2016(b) and Local Bank. Rule 1002-1(g).*
2. Statement of Related Cases – *Local Bankr. Rule 1015-2.*
3. Notice of Available Chapters signed by Debtors – *11 U.S.C. § 342(b), Local Bankr. Rule 1002-1(g)*;

Without these documents, the Case may be dismissed.

/ / /

/ / /

1

1  Based upon the foregoing,

2  **IT IS ORDERED THAT** no later than May 21, 2010, Debtor must file these documents or
3  file a written explanation as to why these documents have not been filed, and mail copies to the
4  chapter 13 trustee and Office of the United States Trustee. Debtor must also appear on the date and
5  time stated above or the Case may be dismissed.

6  
7  ###
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  DATED: May 11, 2010
  _____
  United States Bankruptcy Judge
27  
28

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO FILE MISSING DOCUMENT(S) AND TO APPEAR TO EXPLAIN WHY CASE SHOULD NOT BE DISMISSED** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of    May 6, 2010    , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Chapter 13 Trustee: Nancy K Curry     ecfnc@trustee13.com**
**U.S. Trustee (LA)**: ustpregion16.la.ecf@usdoj.gov
**Debtor's Counsel**: George Holland     hlfirm@gmail.com, geo_holland@hotmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Elisa Santiago
5801 E. Los Arcos Street
Long Beach, CA 90815

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page